Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 60266, the claim of the plaintiff was sustained.

**No. 61752.**—Burleigh Brooks Co. *v.* United States, protest 247545–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of photographic cameras similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

**No. 61753.**—Manca, Inc. *v.* United States, protests 275123–K and 275124–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of photographic cameras similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

**No. 61754.**—E. Leitz, Inc., et al. *v.* United States, protests 251711–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of photo enlargers; that said enlargers were held dutiable at 15 percent under paragraph 1551, as modified, as photographic cameras in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874); and that, in accordance with said decision, parts for enlargers are properly dutiable as parts of photographic cameras under paragraph 1551, the claim of the plaintiffs at 20 percent was sustained.

**No. 61755.**—Manca, Inc. *v.* United States, protest 315446–K (New York).